IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN M. PERRY,

          Plaintiff,

v.                                                  CIVIL ACTION NO. 3:05-0394

CITY OF KENOVA,

          Defendant.

**ORDER**

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court plaintiff's application to proceed in forma pauperis be granted and that his complaint and this action be dismissed. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** plaintiff's application to proceed in forma pauperis and **DISMISSES** his complaint and this action from the docket of this Court, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

ENTER:       June 10, 2005

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE